# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## WINCHESTER DIVISION
## WINCHESTER, TENNESSEE

'L ED

2009 AUG -3 P 2: 31

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ * T CLERK

| | |
|---|---|
| CAIN FIELD NURSERY; BONITA FARM NURSERY; TRAVIS WANAMAKER; ANTHONY WANAMAKER; AND CATRENIA WANAMAKER, | ) ) ) ) ) |
| PLAINTIFFS | ) CIVIL ACTION NO. 4 C9- CV -78 |
| | ) Mattice / Lee |
| VS. | ) JURY TRIAL DEMANDED |
| FARMERS CROP INSURANCE ALLIANCE INC.; GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; RISK MANAGEMENT AGENCY; AND UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) ) ) ) ) |
| DEFENDANTS | ) |

\* \* \* \* \* \* \* \* \* \*
## MOTION FOR ADMISSION
## PRO HAC VICE
\* \* \* \* \* \* \* \* \* \*

The undersigned counsel for the Plaintiffs herein, Stephen E. Neal, hereby moves for

admission to appear in this action *pro hac vice*. (Check applicable box).

☐      I am admitted and entitled to practice in the _____

        District of _____. A certificate of good standing

        is attached. (E.D. TN LR 83.5(b)(1)). **FILING FEE = $60.00**

☒      An application for my admission to practice in this Court is currently pending,

        having been mailed to the Clerk of the Court on June 18, 2009.

        (E.D. TN LR 83.5(b)(1)). **NO FILING FEE REQUIRED**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 31ˢᵗ, 2009_

_____

STEPHEN E. NEAL

Name: Stephen E. Neal
Address: White Peck Carrington, LLP
P.O. Box 950
Mt. Sterling, Kentucky 40353
Phone: (859) 498-2872
Fax: (859) 498-2877
E-mail: sneal@whitepeckcarrington.com