UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| CAIN FIELD NURSERY, et al., ) | |
|     Plaintiffs ) | Case No. 4:09-CV-78 |
| ) | |
| v. ) | MATTICE/CARTER |
| ) | |
| FARMERS CROP INSURANCE ALLIANCE, ) | |
| INC., et al. ) | |
|     Defendants ) | |

O R D E R

This matter is presently before the undersigned on plaintiffs' motion to allow Attorney Stephen E. Neal to appear pro hac vice (Doc. 3). The motion states and the Court has determined that an application for admission to practice in this Court is pending. It is accordingly ORDERED the plaintiffs' motion is hereby GRANTED.

    ENTER.

Dated: August 12, 2009      *s/William B. Mitchell Carter*
                                                    UNITED STATES MAGISTRATE JUDGE