## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## WINCHESTER DIVISION

2009 AUG 27  A 9: 42

| | | |
|---|---|---|
| **CAIN FIELD NURSERY;** | ) | |
| **BONITA FARM NURSERY;** | ) | |
| **TRAVIS WANAMAKER;** | ) | |
| **ANTHONY WANAMAKER; AND** | ) | **Case No. 4:09-CV-78** |
| **CATRENIA WANAMAKER** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Mattice / Lee** |
| | ) | |
| **v.** | ) | **STIPULATED INITIAL EXTENSION** |
| | ) | **OF TIME TO RESPOND TO** |
| **FARMERS CROP INSURANCE** | ) | **COMPLAINT FOR DEFENDANTS** |
| **ALLIANCE, INC.; GREAT AMERICAN** | ) | **FARMERS CROP INSURANCE** |
| **INSURANCE COMPANY; FEDERAL** | ) | **ALLIANCE, INC. AND GREAT** |
| **CROP INSURANCE CORPORATION;** | ) | **AMERICAN INSURANCE COMPANY** |
| **RISK MANAGEMENT AGENCY; AND** | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **AGRICULTURE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Pursuant to and in accord with LR 12.1(a), Plaintiffs and Defendants Farmers Crop

Insurance Alliance, Inc. and Great American Insurance Company hereby agree that Defendant

Farmers Crop Insurance Alliance, Inc. and Defendant Great American Insurance Company,

having both been served with a summons and complaint on or after August 6, 2009, shall both be

entitled to a 20-day initial extension of time in which to respond. The parties stipulate that

Defendants Farmers Crop Insurance Alliance, Inc. and Great American Insurance Company may

respond to the complaint on or before Tuesday, September 15, 2009.

Dated: August 26, 2009

Respectfully submitted,

*M. Bradford Sanders* / s/ w/express permission

M. Bradford Sanders, Ohio Bar No. 0039723
Pro Hac Vice application pending
SANDERS & ASSOCIATES, L.P.A.
5240 Socialville-Foster Road
Mason, Ohio 45040
Phone: (513) 229-8080/Fax: (513) 229-8081
bsanders@sandersassociates.net
Attorneys for Defendants Farmers Crop Insurance
Alliance, Inc. and Great American Insurance
Company

*Stephen E. Neal* /s/ w/express permission

Stephen E. Neal, Esq.
WHITE PECK CARRINGTON, LLP
Post Office Box 950
Mt. Sterling, Kentucky 40353
Phone: (859) 498-2872/Fax: (859) 498-2877
sneal@whitepeckcarrington.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served the foregoing by first class mail upon
Stephen Neal, WHITE PECK CARRINGTON, LLP, Post Office Box 950, Mt. Sterling, Kentucky
40353, on this 26th day of August, 2009.