UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| CAIN FIELD NURSERY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 4:09-cv-78 |
| v. ) | |
| ) | *MATTICE / LEE* |
| FARMERS CROP INSURANCE ) | |
| ALLIANCE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

O R D E R

This matter is presently before the undersigned on defendants Farmers Crop Insurance Alliance, Inc. and Great American Insurance Company's motion pursuant to Local Rule 83.5(b)(1) seeking permission for Thomas C. James, Jr. to appear *pro hac vice* [Doc. 7]. Certificates of Good Standing have been provided from the U.S.D.C., Southern District of Ohio and The Supreme Court of Ohio and the appropriate fees have been paid. It is, accordingly, **ORDERED** that defendants Farmers Crop Insurance Alliance, Inc. and Great American Insurance Company's motion is hereby **GRANTED** and Attorney Thomas C. James, Jr. may appear *pro hac vice*.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE