# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| CAIN FIELD NURSERY; ) | |
| BONITA FARM NURSERY; ) | Case No. 4:09-CV-78 |
| TRAVIS WANAMAKER; ) | |
| ANTHONY WANAMAKER; AND ) | |
| CATRENIA WANAMAKER ) | Mattice / Lee |
| ) | |
| **Plaintiffs,** ) | |
| ) | **ORDER AUTHORIZING THE FILING** |
| v. ) | **OF SUPPLEMENTAL AFFIDAVITS** |
| ) | |
| FARMERS CROP INSURANCE ) | |
| ALLIANCE; ) | |
| GREAT AMERICAN INSURANCE ) | |
| COMPANY; FEDERAL CROP ) | |
| INSURANCE CORPORATION; RISK ) | |
| MANAGEMENT AGENCY; AND ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the undersigned on motion of Defendants Great American Insurance Company and Farmers Crop Insurance Alliance, Inc, which request leave to file supplemental affidavits pursuant to Local Rule 7.1(a).

**IT IS ORDERED** that, for good cause shown, the Motion for Leave to File Supplemental Affidavits is granted, and the Court (a) grants leave to Defendants Great American Insurance Company and Farmers Crop Insurance Alliance, Inc. to file the Supplemental Affidavit of Kathy Dawson and the Supplemental Affidavit of Counsel, and (b) upon granting the Motion, the Court considers the Supplemental Affidavit of Counsel and the exhibit thereto, filed on October 19, 2009 as document nos. 30-1 and 30-2 in this matter, as though Defendants

Great American Insurance Company and Farmers Crop Insurance Alliance, Inc. had filed those documents concurrently with or subsequent to this Order.

**AND IT IS SO ORDERED**.

_____ \_\_\_, 2009
Winchester, Tennessee