UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| CAIN FIELD NURSERY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:09-cv-78 |
| v. ) | *Lee* |
| ) | |
| FARMERS CROP INSURANCE ) | |
| ALLIANCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiffs' Motion for Telephonic Status Conference, Motion for Extension of Time to Answer Written Discovery Requests, Motion to Extend Deadline for Filing Dispositive Motions and Motion to Continue Trial [Doc. 76]. The Court **ORDERS** that Plaintiffs' motion be **GRANTED IN PART** and **DENIED IN PART** as follows.

In light of the in-person hearing on the motion held on November 15, 2011, the request for a telephonic status conference is **MOOT**.

Although the discovery deadline passed before Plaintiffs filed the motion, Plaintiffs' request for an extension of time to answer discovery is **GRANTED IN PART**. Plaintiffs shall be given a reasonable amount of time to respond to the written discovery at issue, however, it will be up to the parties to work out an appropriate schedule for said responses consistent with the matters addressed during the hearing. The lack of discovery responses does not constitute "good cause" for amending the scheduling order.

The motion to extend the deadline for filing dispositive motions is **GRANTED**. The Court **ORDERS** the parties to meet on or before **Friday, December 2, 2011** to discuss stipulating to

undisputed facts. The parties shall file a *joint* statement of stipulated, undisputed facts along with their respective dispositive motions on or before **Monday, December 12, 2011**.

Plaintiffs' motion to continue the trial is **DENIED**; however, the remaining unexpired deadlines in the Scheduling Order [Doc. 67] shall be **HELD IN ABEYANCE** pending the filing of dispositive motions. The trial date shall remain in effect unless ordered otherwise.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE